UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANK LIVERMORE, ET AL

VERSUS

JOEL ARNOLD, ET AL

CIVIL ACTION

NUMBER 10-507-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion to Dismiss pursuant to FRCP Rule 12(b) filed by defendants, Scott M. Perrilloux and Catherine T. Peever, shall be GRANTED and that the plaintiffs' remaining claims against Perrilloux and Peever shall be DISMISSED with prejudice.[1] The case continues relative to plaintiffs' claims against Sheriff Graves and Deputy Arnold. This matter is referred to the Magistrate Judge for further action as may be required under the facts of this case.

Baton Rouge, Louisiana, February 15, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 31.

Doc#47150